324

160 A.3d 759

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Roy HOLLOWAY, Petitioner**

**No. 335 EAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.